IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02199-RPM

TERESA M. BAKKE,

    Plaintiff,

v.

KING SOOPERS, INC.;
LYNN WHITE;
CHAR BAKER;
HARLAN WALTER;
ROBERT BARRINGTON; and
DONNA DIIORIO,

    Defendants.

_____

ORDER APPROVING STIPULATION TO CHANGE CAPTION
_____

    Pursuant to the Stipulation to Change Caption [19], it is

    ORDERED that the case caption is amended to change "Dillon Companies, Inc., a Kansas corporation, d/b/a King Soopers" to "King Soopers, Inc.," as reflected on the caption above.

    Dated: November 20th, 2013

                                                    BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior District Judge