THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02199-RPM

TERESA M. BAKKE,

        Plaintiff,

v.

KING SOOPERS, INC.;
LYNN WHITE, a Colorado resident;
CHAR BAKER, a Colorado resident;
HARLAN WALTER, a Colorado resident;
ROBERT BARRINGTON, a Colorado resident; and
DONNA DIIORIO, a Colorado resident,

        Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER, having come before the Court on the parties' Stipulation to Dismiss Plaintiff's Second through Sixth Claims for Relief [# 21], the Court having reviewed same and being fully advised; ORDERS that the Motion is GRANTED, and that the Plaintiff's second through sixth claims for relief against Lynn White, Char Baker, Harlan Walter, Robert Barrington, and Donna DiIorio are hereby dismissed, without prejudice, with each party to pay his or her own costs and attorney fees in connection with those claims.  It is further ORDERED that Lynn White, Char Baker, Harlan Walter, Robert Barrington, and Donna DiIorio be removed from the caption going forward from the date of this Order.

DATED this 22nd day of November 2013

s/Richard P. Matsch

_____
Hon. Richard P. Matsch, Senior District Judge