IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02199-RPM

TERESA M. BAKKE,

    Plaintiff,

v.

KING SOOPERS, INC.;

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order Granting Summary Judgment entered by Senior Judge Richard P. Matsch on September 11, 2014, it is

ORDERED AND ADJUDGED that this civil action is dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

Dated: September 11, 2014

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                    s/M. V. Wentz
                By_____
                        Deputy Clerk